

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-16-00141-CV

**IN THE MATTER OF L.E.A.,**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2013JUV01655A
Honorable Laura Parker, Judge Presiding

## O R D E R

Appellant's brief was due on May 26, 2016. *See* TEX. R. APP. P. 38.6(a). On May 27, 2016, Appellant filed an unopposed first motion for a thirty day extension of time to file his brief until June 27, 2016.

Appellant's motion is GRANTED. Appellant's brief is due on June 27, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_____
Keith E. Hottle
Clerk of Court